Mark F. Anderson (SBN 44787)
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street, Suite 914
San Francisco, CA 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
mark@aoblawyers.com

Attorneys for Plaintiff Zack D. Proser

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zack D. Proser,<br><br>Plaintiff,<br><br>v.<br><br>Navient Solutions, Inc., a Delaware corporation; SLM Corp, a Delaware corporation;<br><br>Defendants. | Case No. 15-cv-01036-SC<br><br>STIPULATION AND ~~(proposed)~~ ORDER DISMISSING DEFENDANT SLM CORP AND PLAINTIFF'S THIRD CLAIM FOR RELIEF |

IT IS HEREBY STIPULATED by and between counsel for plaintiff Zack D. Proser and defendant SLM Corp that plaintiff Zack D. Proser's claims against SLM Corp may be dismissed with prejudice. It is also stipulated by and between counsel for plaintiff Zack D. Proser and counsel for defendants Navient Solutions, Inc. and SLM Corp that plaintiff's Zack D. Proser's third claim for relief based on the Rosenthal Fair Debt Collection Procedures Act may be dismissed with prejudice.

Date: May 7, 2015

/s/ *Mark F. Anderson*
Mark F. Anderson, SBN 44787
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street
San Francisco, CA 94104
Suite 914
Phone: 415.651.1951
Fax: 415.500.8300

mark@aoblawyers.com

Attorney for Plaintiff Zack D. Proser

Dated: May 7, 2015.

*/s/ Damian P. Richard*
Damian P. Richard (SBN 262805)
Sessions, Fishman, Nathan & Israel, LLP
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
Telephone: 619.758.1891
Fax: 619.296.2013
drichard@sessions-law.biz

Attorneys for Defendants Navient Solutions, Inc. and SLM Corp

**ORDER**

Based on the parties' stipulation and for good cause shown, plaintiff Zack D. Proser's claims against SLM Corp are dismissed and Zack D. Proser's third claim for relief based on the Rosenthal Debt Collection Procedures Act is dismissed with prejudice.

Dated: May 13, 2015.

U.S. District Court Judge