Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz
Attorneys for Defendant Navient Solutions, Inc.

Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Tel: (415) 651-1951
Fax: (415) 500-8300
mark@aoblawyers.com
Attorneys for Plaintiff Zack D. Proser

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACK D. PROSER,<br><br>            Plaintiff,<br><br>      vs.<br><br>NAVIENT SOLUTIONS, INC.; a<br>Delaware corporation; SLM Corp, a<br>Delaware corporation,<br><br>            Defendants. | Case No: 15-CV-01036-SC<br><br>STIPULATION TO CONTINUE<br>CASE MANAGEMENT<br>CONFERENCE AND MEDIATION<br>COMPLETION DATE, AND<br>~~PROPOSED~~ ORDER<br><br>[Local Rule 6-2] |

1.      On March 5, 2015, this case was referred to the ADR process by Magistrate Judge Laurel Beeler.  [Dkt. 4.]

2.      On April 2, 2015, this case was reassigned to District Judge Samuel Conti.  [Dkt. 11.]

3.      On April 30, 2015, a Motion to Dismiss First Amended Complaint, Or, In The Alternative, For Summary Judgment ("Motion") was filed by Defendants Navient Solutions, Inc. ("Navient"), and SLM Corp.  [Dkt. 16.]

4.      On May 7, 2015, the parties stipulated to dismiss Defendant SLM Corp.  [Dkts. 18, 20.]

5.      On May 26, 2015, the Court continued the Case Management Conference to August 14, 2015.  [Dkt. 24.]

6.      On May 29, 2015, this case was referred to Mediation.  [Dkt. 25.]

7.      On June 4, 2015, Navient's Motion was taken under submission without oral argument.  [Dkt. 26.]

8.      On July 6, 2015, Jessica M. Notini, Esq., was appointed as mediator. [Dkt. 26.]

9.      On July 22, 2015, both counsel and the mediator conducted a pre-mediation telephone conference.   Navient, based out of Reston, Virginia, requested that the Mediation be continued to allow a ruling on its dispositive Motion.

10.    The parties hereby agree to continue the Case Management Conference 90 days or to Friday, **November 13, 2015.**

11.     The parties hereby agree to continue the date by which Mediation must be completed by 120 days or to **December 18, 2015.**


DATED:  August 4, 2015          By:   */s/Mark F. Anderson*
                                     Mark F. Anderson, Esq.
                                     Anderson, Ogilvie & Brewer LLP
                                     Attorneys for Plaintiff
                                     Zack D Proser


                                By:  */s/Damian P. Richard*
DATED:  August 4, 2015          Debbie P. Kirkpatrick, Esq.
                                Damian P. Richard, Esq.
                                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
                                Attorneys for Defendant
                                Navient Solutions, Inc.




**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  08/05/2015

_____
Hon. Samuel Conti
U.S. District Court Judge